

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for operating a motor vehicle upon a public highway while under the influence of intoxicating liquor; the penalty assessed is a fine of $100 and confinement in the county jail for ten days.

All matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., Austin, for the State.

PER CURIAM.

The offense is operating a motor vehicle while license suspended; the punishment, a fine of $300.

The record is before us without a statement of facts or bills of exception.

All the proceedings appearing regular and nothing being presented for our review, the judgment of the trial court is affirmed.

Lucious BROWN, Appellant,

v.

The STATE of Texas, Appellee.

No. 27176.

Court of Criminal Appeals of Texas.

Nov. 17, 1954.

Ella RAY, Appellant,

v.

The STATE of Texas, Appellee.

No. 27181.

Court of Criminal Appeals of Texas.

Nov. 17, 1954.

